IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| BART MARCELL PITCHER; JOYCE PITCHER; BRENDA PITCHER; NICOLE PITCHER; MARCELL and FRANCINE PITCHER, husband and wife; IRRIGATION AID, INC., an Idaho corporation; and PRESTON INVESTMENTS, INC., an Idaho corporation, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. CV 05-407-E-LMB |
| v. | ) ) | ORDER |
| CITY OF PRESTON; COUNTY OF FRANKLIN; STATE OF IDAHO DEPARTMENT OF CORRECTIONS; SCOTT SHAW, former Preston Chief of Police, personally and in his official capacity; JAY McKENZIE, former Franklin County prosecutor, personally and in his official capacity; JAY HUESSER, former Preston Mayor and State of Idaho Probation Officer, personally and in his official capacity; GREG BALUE, former Preston police officer, personally and in his official capacity; FRANKLIN COUNTY DRUG ENFORCEMENT FUND; TREVOR CASTLETON; MOSS CANNON CASTLETON, P.A.; and DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Currently pending before the Court is Plaintiffs' Motion For Extension of Time to Serve

Defendant Scott Shaw.  (Docket No. 13, Att. 1).  None of the Defendants have objected to

Plaintiffs' Motion and the time for doing so has now passed.  Having carefully reviewed the

record and otherwise being finally advised, the Court enters the following Order.

**DISCUSSION**

Plaintiffs filed the present Motion before the 120 day period to serve the Second

Amended Complaint and Summons had expired.  *See* Fed. R. Civ. P. 4(m).  Rule 4(m) requires

the Court to grant an extension of time if good cause is shown and permits the Court to grant

such an extension even absent good cause.  *Mann v. American Airlines*, 324 F.3d 1088, 1090 n.2

(9th Cir. 2003).

Plaintiffs have requested an extension of time because their counsel encountered

problems with serving Defendant Shaw after the Idaho Department of Correction

("Department") transferred him to an undisclosed penal facility.  *Penrod Affidavit*, p. 2 (Docket

No. 13, Att. 2).  The Department, however, agreed to deliver Plaintiffs' Second Amended

Complaint to Defendant Shaw.  *Id.* at p. 2.  It appears that this promised delivery was

accomplished because Defendant Shaw has now filed an Answer and has raised no defense

based on a failure of timely service.[1]  (Docket No. 21).  For this reason, and because of the

difficulties Plaintiffs' counsel has experienced in accomplishing service, the Court finds good

cause to grant Plaintiffs' requested extension of time.

**ORDER**

---

[1]  It is still unclear whether the service required by Rule 4 has been accomplished because
Plaintiffs have not filed a waiver of service or proof of service.  *See* Fed. R. Civ. P. 4(d)(4), (m).

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion For Extension of Time to Serve Defendant Scott Shaw (Docket No. 13) is GRANTED.  Plaintiffs shall have 60 days, in addition to the 120 days provided by Rule 4(m), to serve their Summons and Second Amended Complaint upon Defendant Shaw.



DATED:  **March 2, 2006**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge